# Exhibit A

## **§ 362 INFORMATION SHEET**

Steve Herbert Hofsaess
**DEBTOR**

Case No: 08-23761-bam

MOTION #:

PHH Mortgage Corporation
**MOVANT**

CHAPTER: 11

---

**Certification of Attempt to Resolve the Matter Without Court Action:**
Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(3), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.

Date: March 30, 2009

Signature: /s/ Cindy Lee Stock
Attorney for Movant

---

**PROPERTY INVOLVED IN THIS MOTION:** 5824 Amber Station, Las Vegas, NV 89131

**NOTICE SERVED ON:** Debtor __X__ ; Debtor's Counsel __X__ ; Trustee __X__ ;

**DATE OF SERVICE:** March 30, 2009

---

**MOVING PARTY'S CONTENTIONS:**
The EXTENT and PRIORITY of LIENS:

1st $286,000.00
2nd $168,276.01
3rd _____
4th _____
Other: Cost of Sale $21,200.00
Total Encumbrances: $475,476.01

APPRAISAL of OPINION as to VALUE:

$265,000.00 per Debtor's Schedules

**DEBTOR'S CONTENTIONS:**
The EXTENT and PRIORITY of LIENS:

1st _____
2nd _____
3rd _____
4th _____
Other: _____
Total Encumbrances: _____

APPRAISAL of OPINION as to VALUE:

---

**TERMS of MOVANT'S CONTRACT with the DEBTOR**

Amount of Note: $163,384.00
Interest Rate: 4.500%
Duration: 30 years
Payment per Month: $344.66
Date of Default: August 15, 2008
Amount in Arrears: $1,718.17
Date of Notice of Default: N/A
SPECIAL CIRCUMSTANCES:

SUBMITTED BY: Cindy Lee Stock

SIGNATURE: /s/ Cindy Lee Stock

**DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT:**

SPECIAL CIRCUMSTANCES:

SUBMITTED BY: _____
SIGNATURE: _____

---

"EXHIBIT A"

# Exhibit 1

B6A (Official Form 6A) (12/07)

In re    **Steve Herbert Hofsaess**                    Case No.   **08-23761**

Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 5824 Amber Station<br>Las Vegas, Nevada | | - | 265,000.00 | 451,000.00 |
| 230 East Flamingo Road<br>Las Vegas, Nevada | | - | 179,000.00 | 508,000.00 |
| 3808 Fairway Circle<br>Las Vegas, Nevada | | - | 245,000.00 | 501,000.00 |
| 8906 Houston Ridge<br>Las Vegas, Nevada | | - | 185,000.00 | 360,000.00 |
| 6159 Villa De Picasso<br>Las Vegas, Nevada | | - | 345,000.00 | 579,000.00 |
| 5952 Vizzi Court<br>Las Vegas, Nevada | | - | 349,000.00 | 673,000.00 |
| 11855 Portland Circle<br>Las Vegas, Nevada | | - | 225,000.00 | 294,000.00 |
| 6165 Smarty Jones<br>Las Vegas, Nevada | | - | 340,000.00 | 567,000.00 |
| 6175 Smarty Jones<br>Las Vegas, Nevada | | - | 340,000.00 | 576,000.00 |

Sub-Total >    2,473,000.00    (Total of this page)

Total >    2,473,000.00

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Steve Herbert Hofsaess** , Case No. __08-23761__
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 1127001666 America's Servicing Post Office Box 60768 Los Angeles, CA 90060-0768 | | - | 2004 1st Mortgage 5824 Amber Station Las Vegas, Nevada Value $ 265,000.00 | | | | 286,000.00 | 21,000.00 |
| Account No. 12560211013 America's Servicing Post Office Box 60768 Los Angeles, CA 90060-0768 | | - | 2005 1st Mortgage 230 East Flamingo Road Las Vegas, Nevada Value $ 179,000.00 | | | | 360,000.00 | 181,000.00 |
| Account No. 6045215966 Bank of America Post Office Box 60456 Los Angeles, CA 90060-0456 | | - | 2003 1st Mortgage 3808 Fairway Circle Las Vegas, Nevada Value $ 245,000.00 | | | | 327,000.00 | 82,000.00 |
| Account No. 6817100800666399 Bank of America PO Box 30750 Los Angeles, CA 90030-0759 | | - | 2003 2nd Mortgage 3808 Fairway Circle Las Vegas, Nevada Value $ 245,000.00 | | | | 174,000.00 | 174,000.00 |
| __3__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 1,147,000.00 | 458,000.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Steve Herbert Hofsaess**                               Case No.  __08-23761__
                                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 6674989868<br><br>Bank of America<br>Post Office Box 60456<br>Los Angeles, CA 90060-0756 | - | | 2008<br>1st Mortgage<br>8906 Houston Ridge<br>Las Vegas, Nevada<br>Value $   185,000.00 | | | | 260,000.00 | 75,000.00 |
| Account No. 681810036283999<br><br>Bank of America<br>PO Box 30750<br>Los Angeles, CA 90030-0759 | - | | 2004<br>2nd Mortgage<br>8906 Houston Ridge<br>Las Vegas, Nevada<br>Value $   185,000.00 | | | | 100,000.00 | 100,000.00 |
| Account No. 362115156<br><br>Bank of the West<br>Post Office Box 4002<br>Concord, CA 94524-4002 | - | | 2006<br>RV loan<br>2006 RV Toy Hauler<br>Value $   10,000.00 | | | | 25,000.00 | 15,000.00 |
| Account No. 1026564718<br><br>Chrysler Financial<br>Post Office Box 9001921<br>Louisville, KY 40290-1921 | - | | 2006<br>Car loan<br>2006 Dodge Ram<br>Value $   11,000.00 | | | | 22,000.00 | 11,000.00 |
| Account No. 104695636<br><br>Countrywide Bank<br>Post Office Box 650225<br>Dallas, TX 75265-0225 | - | | 2005<br>2nd Mortgage<br>230 East Flamingo Road<br>Las Vegas, Nevada<br>Value $   179,000.00 | | | | 148,000.00 | 148,000.00 |
| Sheet _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | | | | Subtotal<br>(Total of this page) | 555,000.00 | 349,000.00 |

Exhibit 2

B6D (Official Form 6D) (12/07) - Cont.

In re  **Steve Herbert Hofsaess**                                              Case No.  __08-23761__
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 142961861<br><br>Countrywide Home Loans<br>Post Office Box 650070<br>Dallas, TX 75265-0070 | - | | 2005<br><br>1st Mortgage<br><br>5952 Vizzi Court<br>Las Vegas, Nevada<br><br>Value $ 349,000.00 | | | | 528,000.00 | 179,000.00 |
| Account No. 107828529<br><br>Countrywide Home Loans<br>Post Office Box 650070<br>Dallas, TX 75265-0070 | - | | 2006<br><br>1st Mortgage<br><br>6175 Smarty Jones<br>Las Vegas, Nevada<br><br>Value $ 340,000.00 | | | | 485,000.00 | 145,000.00 |
| Account No. 107828617<br><br>Countrywide Home Loans<br>Post Office Box 650225<br>Dallas, TX 75265-0225 | - | | 2006<br><br>2nd Mortgage<br><br>6175 Smarty Jones<br>Las Vegas, Nevada<br><br>Value $ 340,000.00 | | | | 91,000.00 | 91,000.00 |
| Account No. 107022721<br><br>Countrywide Loans<br>Post Office Box 650070<br>Dallas, TX 75265-0070 | - | | 2005<br><br>1st Mortgage<br><br>6159 Villa De Picasso<br>Las Vegas, Nevada<br><br>Value $ 345,000.00 | | | | 499,000.00 | 154,000.00 |
| Account No. 4458370397104890<br><br>First Horizon<br>Box 2351<br>Memphis, TN 38101-2351 | - | | 2005<br><br>2nd Mortgage<br><br>5952 Vizzi Court<br>Las Vegas, Nevada<br><br>Value $ 349,000.00 | | | | 145,000.00 | 145,000.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   1,748,000.00   714,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  Steve Herbert Hofsaess , Debtor

Case No. 08-23761

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. 8716005957<br><br>GMAC Mortgage<br>PO Box 4622<br>Waterloo, IA 50704-4622 | | - | | 2005<br><br>2nd Mortgage<br><br>6165 Smarty Jones<br>Las Vegas, Nevada<br><br>Value $  340,000.00 | | | | 90,000.00 | 90,000.00 |
| Account No. 3001422959<br><br>IndyMac Federal Bank<br>Post Office Box 78826<br>Phoenix, AZ 85062-8826 | | - | | 2005<br><br>1st Mortgage<br><br>6165 Smarty Jones<br>Las Vegas, Nevada<br><br>Value $  340,000.00 | | | | 477,000.00 | 137,000.00 |
| Account No. 7101160963<br><br>Merrill Lynch<br>Home Equity Service Center<br>Dept. 2850<br>Los Angeles, CA 90084-2850 | | - | | 2006<br><br>Home Equity<br><br>5824 Amber Station<br>Las Vegas, Nevada<br><br>Value $  265,000.00 | | | | 165,000.00 | 165,000.00 |
| Account No. 7101721558<br><br>Merrill Lynch<br>Home Equity Service Center<br>Dept. 2850<br>Los Angeles, CA 90084-2850 | | - | | 2007<br><br>Home Equity<br><br>6159 Villa De Picasso<br>Las Vegas, Nevada<br><br>Value $  345,000.00 | | | | 80,000.00 | 80,000.00 |
| Account No. 3010839797<br><br>Washington Mutual<br>Post Office Box 78148<br>Phoenix, AZ 85062-8148 | | - | | 2006<br><br>1st Mortgage<br><br>11855 Portland Circle<br>Las Vegas, Nevada<br><br>Value $  225,000.00 | | | | 294,000.00 | 69,000.00 |

Sheet 3 of 3 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  1,106,000.00  541,000.00

Total (Report on Summary of Schedules)  4,556,000.00  2,062,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Steve Herbert Hofsaess**            Case No.    **08-23761**
                                                                       Debtor(s)            Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __19__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 19, 2009**            Signature   **/s/ Steve Herbert Hofsaess**
                                                                             **Steve Herbert Hofsaess**
                                                                            Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Record and Return to:                                    Prepared by: Calendr
Mortgage Services
3000 Leadenhall Road, P.O. Box 5449
Mt. Laurel, NJ 08054
Loan #: 7101160963
Name: HOFSAESS
State of: NV                  Min #:
County of: CLARK
1-877-766-8244          **Assignment of Deed of Trust / Mortgage**

Know all men by these presents that Merrill Lynch Credit Corporation, 4802 Deer Lake Drive East, Jacksonville, FL 32246-6484, a corporation existing under the laws of the state of Delaware, for valuable consideration, the receipt of which hereby acknowledged, does hereby grant, bargain, sell, assign and transfer to:


That certain Promissory Note and Deed of Trust / Mortgage described as follows:
Note and Deed of Trust / Mortgage Dated: 11/03/2005 Amount: $163384
Executed by:STEVE HOFSAESS
Recorded Date:
Clerks file or instrument no:
Book/Volume:
Page:
Address: 5824 Amber Station, LAS VEGAS, NV 89131
Describing land therein as described in Deed of Trust / Mortgage referred to herein.
Together with the Note therein or referred to, the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust / Mortgage.

Dated:   11/09/2005         Merrill Lynch Credit Corporation
                            4802 Deer Lake Drive East
                            Jacksonville, FL 32246-6484

                            By: _____
                            Merrill Lynch Credit Corporation, by
                            PHH Mortgage Corporation, Authorized Agent
                            Katherine Rainey, Assistant Vice-President

State of New Jersey, County of Burlington,
On 11/09/2005, before me, the undersigned, a notary public in and for said State and County, personally appeared Katherine Rainey personally known to me or proved to me on the basis of satisfactory evidence to be Assistant Vice-President of the corporation that executed the within instrument, on behalf of the corporation therein named, and acknowledged to me that such corporation executed the instrument pursuant to the its by-laws or resolution of its Board of Directors. Witness my hand and official seal in the State and County last aforesaid.

_____                    Rita Calendo
Notary Public                             Notary Public of New Jersey
                                          My Commission Expires: 11/30/2008


RITA A CALENDO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires November 30, 2008

Exhibit 3

# Exhibit 3

# EXHIBIT "3"

1. The total indebtedness due and owing under the Note and Deed of Trust as of the date set forth below, exclusive of attorney fees, other miscellaneous costs and interest that continues to accrue is as follows:

| | |
|---|---:|
| Principal Balance | $ 163,381.06 |
| Interest as of March 2009 | $ 4,406.32 |
| Late Charges | $ 73.88 |
| Total Fees | $ 199.75 |
| Recoverable Balance | $ 215.00 |
| **TOTAL** | $ 168,276.01 |

Attorney fees and cost plus other miscellaneous costs, if any, must be added to this figure.

2. An additional payment of $344.66 will come due on the fifteenth day of April and the first day of each month thereafter. If payment is not received by the first of the month a late charge of $24.73 will be charged to the loan.